Although I concur in the result to reverse the circuit court's judgment of dismissal, I do not agree that Aguilar v. Spradlin,408 So.2d 525 (Ala.Civ.App. 1981), is due to be overruled. Rather, in my view, this case is properly distinguished fromAguilar in that James Brent Brown made an effort to "appear" at the scheduling conference in the circuit court by timely filing a detailed written response to that court's September 3, 2003, order setting the date of that conference. The opinion inAguilar contains no indication that the plaintiff in that case made any effort to "appear" at a scheduled pretrial conference that may be deemed comparable to James Brent Brown's, and a harsher sanction may indeed be appropriate under the Alabama Rules of Civil Procedure *Page 577 
where no such effort is made by an incarcerated plaintiff.